**PRIVATE/CONFIDENTIAL**

Hand-Delivered

3:24-CV-1044-FDW   nunc pro tunc

Writ of Removal.
Special Bond to UNITED STATES. 12 USC 95(a)(2).
1789 JUDICIARY ACT §§ 11, 12, 13, 25, 30(Want of form), 32.
<u>46 U.S.C.A. §§ 30903</u> and 311023 to 4
28 U.S.C 2710.
Diversity of Citizenship,
28 U.S.C. 1446,
28 U.S.C. 1441 (1), (a), (c), (d), (f).
28 USC 2410.
July, 2024- Anti Chevron Act.
Domestic Terrorism.
1870 Civil Rights Violations; Debt Peonage, Involuntary Servitude, Color of Law, Color Of Title, Clearfield Doctrine.
Counter Claim for Damages, 15 USC 1, 18 USC 875 (b), (c), 18 USC 894 et seq., 12 USC 504 (d), TWEA, 31 U.S.C.A. 3179,
Special Deposit, Special Bail 25 CFR § 115.902   Claim 12 USC 411

23CRS1731, 23CRS1732, 23CRS1733

Brandy Chenell Ashby, a/k/a Brandy Chenell Brown.

V

STATE OF NORTH CAROLINA
County of GASTON

### WRIT OF REMOVAL.
### SPECIAL BOND TO UNITED STATES.
### NO DENIAL FOR WANT OF FORM.

Brandy Chenell Ashby, a/k/a Brandy Chenell Brown- Title original to the land-Indian--a Protected Person- by my hand enter on the record this Writ of Removal from STATE VENUE- STATE OF NORTH CAROLINA, FEIN 53-1390760, COUNTY OF GASTON, FEIN'S:

331055985, 813159150, 566000300, 566001032, 581792056 : an inferior-foreign-venue to federal jurisdiction: US Federal Court,; 28 **U.S.C. 1446, 28 U.S.C. 1441 (1),((a), (c), (d), (f),** for the following reasons:

1. Alleged claimant STATE OF NORTH CAROLINA, TAX ID NUMBER: 53-1390760,

    COUNTY OF GASTON, FEIN'S: 331055985, 813159150, 566000300, 566001032, 581792056 - Nationality and Citizenship unknown. An unregistered foreign agent claiming to be a Creditor for the United States Government, by and thru its attorney _____. attorney did initiate false claims against Respondent, such actions pursuant to 20 July 1789 JUDICIARY ACT, section 20, places United States Supreme Court with exclusive and Original, and Territorial jurisdiction, pursuant to 1787 and 1856 Treaty of Peace and Friendship, article 6- This Constitution for the United States for America, all such laws and all treaties made there-of.

2. Respondent brandy chenell ashby, a/k/a brandy chenell brown, a Citizen and National of Morocco, a foreign National, a Protected Person under Treaty rights and titles with the



United States. Citizen Diversity on record for such removal.

By demur respondent alleges false claimant STATE OF NORTH CAROLINA,COUNTY OF GASTON FEIN by and thru its attorneys, did knowingly bear false witness against the Estate for BRANDY CHENELL ASHBY. Said STATE OF NORTH CAROLINA prosecutor falsely claim on their record I intentionally created a counterfeit IRS 1099 Tax form. Was their intent then deliberate to cause harm in state venue? The STATE OF NORTH CAROLINA is possibly a foreign private business. It operates solely a for profit business, and being the case I am not a citizen of such entity, nor do I fall under their control.

Last I checked the right to Travel Protected by the 1787 U.S.A. Constitution and as the Chevron Doctrine has been overturned, so called STATE OF AGENCIES, have no standing to impose Commercial Contracts without consent of both people. So how did a foreign-for-profit-unknown and unregistered entity have jurisdiction over an Act of Congress?

Title 6 section 4.401 rest prosecution for federal tax crimes with the Justice Department. So who is the foreign STATE OF NORTH CAROLINA, and by what jurisdiction do they have to bring a federal suit against me.

And just to be perfectly clear- There is No Crime, this is all fabricated.

The case had no business being in STATE OF NORTH CAROLINA JUDICIARY for the following reason:
As this allege to be a Tax Treaty action initiated falsely in STATE VENUE,

**Pursuant to 20 July, 1789 Judiciary Act, section**

In all cases affecting ambassadors, other public ministers and consuls, and those **in which a state shall be party**, the supreme court shall have original jurisdiction. In all the other cases before mentioned, the supreme court shall have appellate jurisdiction, both as to law and fact, with such exceptions, and under such regulations, as congress shall make. By the act of September 24th, 1789, Sec. 13, the supreme court shall have exclusive jurisdiction of all controversies of civil nature where a state is a party, except "between a state and its citizens; and except also, between a state and citizens of other states or aliens, in which latter case it shall have original, but not exclusive jurisdiction.

The Act of September 24, 1789, Sec. 11, gives jurisdiction to the circuit court in suits of civil nature when the matter in dispute is of a certain amount, between a Citizen of the state where the suit is brought, and a Citizen of another state; one of the parties must therefore be a Citizen of the state where the such is brought. See 4 Wash. C. C. R. 84.

In chancery, when the defendant wishes to remove the suit, if an alien file his petition when he filed special bail, he is in time, though the bail be excepted to. 1 Caines, 248;

The, Act of September 24, 1789, gives, in certain cases, the right of removing a suit instituted in a state court to the circuit court of the district. It is enacted by that law, that if a suit be commenced in any state court against an alien, or by a citizen of the state in which the suit is brought, against a citizen of another state, and the matter in dispute exceeds the aforesaid sum or value of five hundred dollars, exclusive of costs, to be made to appear to the satisfaction of the court, and the defendant shall, at the time of entering his appearance in such state court, file a petition for the removal of the cause for trial, into the next circuit court, to be held in the district where the suit is pending, and offer good and sufficient security for his entering in such court, on the first day of its session, copies of the said process against him, and also for his then appearing and entering special bail in the cause, if special bail was originally required therein, it shall then be the duty of the state court to accept the surety, and proceed no further in the cause.

Furthermore, pursuant to the Act of September 24, 1789, Sec. 11, to give jurisdiction to the circuit court, the matter in dispute must exceed $500. [1856 Edition-Bouvier Law Dictionary page 403, Courts.]

Furthermore pursuant to Suits where on alien is a party. The Act of September 24, 1780, Sec. 11, gives the circuit court cognizance of all suits of a civil nature where an alien is a party; but these general words; must be restricted by the provision in the constitution which gives jurisdiction in controversies between a state, or the citizens of a state, and foreign states, citizens or subjects; and the statute cannot extend the jurisdiction beyond the limits of the constitution. 4 Dall. [Bouvier Law Dictionary page 403, Courts].

Remedy by Mandamus.

The power of the circuit Court to issue a mandamus, is confined, exclusively- After the state court had refused to permit the removal of a cause on petition, the circuit court issued a mandamus to transfer the cause; then a mandamus in the nature of a procedendo may issue.

WITHOUT RECOURSE
pay to order of,
BRANDY CHENELL BROWN
By: /s/ Brandy Chenell Brown

Brandy Chenell Brown

Pursuant to 28 U.S.C. 1746 Unsworn Declaration under penalty of perjury, pursuant to the Laws of The United States of America and the Confederation, to the best of my knowledge as the truth, the whole truth and nothing but the Truth.

By: _____,L.S.
, authorized representative.

WITHOUT RECOURSE
pay to order of,
BRANDY CHENELL BROWN
By: /s/ Brandy Chenell Brown

_____
Brandy Chenell Brown